Demetrius Davin Sims

140 49th Street SE #8

Washington DC, 20019

March 6, 2023

V

United States Superior Court

And Central Intelligence Agency

Case: 1:23-cv-00606 JURY DEMAND
Assigned To : Jackson, Amy Berman
Assign. Date : 3/6/2023
Description: Pro Se Gen. Civ. (F-DECK)

**Complaint**

I was placed under arrest for closing the loophole because born incompetent Superior Court Judge bring in new charges by finding me incompetent after the court passed the case to government lawyer's and government passed the case back for it to be closed in Superior Court. Competency is rewarded with promotion because competent. Ordinarily only extreme incompetence causes dismissal but the courts told me to ask for all my property.

Now do not even have a case to tell a doctor other than what I already been explaining to everyone. The discussion was about the passage the court's been had and that was not forward to Private Act 1974 in which was inquired for me to send everyone about the passage I did not even have knowledge about but then lock me up for a proper procedure to get competency again when federal told Superior Court in 1991 they should not take the case. They also told Superior Court not to aloud hearsay in the system. They allowed the virus in off the false police report and false information so now I am facing false charges. Superior Court Judge say the new charges are disintegrate charges. Say my fair information is wrong from the government lawyers on closing the case because it was not filed against the United States.

I was taken through the process and they came to finding a virus in there data base and forward my proper passage back to the courts with a order for it to be closed. I was going back and forward with the FBI and Police Force on the same situation of being the wrong person. My lawyer timely filed a motion for all charges to be dismissed after becoming competent for the second time. Judge discussion was for another hearing instead of a competent hearing.

I end up losing my lawyer and I have no money to keep paying for a lawyer, especially being label "state property." I was told from the courts to wait to see what the Civil Judge is going to do so the Court Clerk's told me to represent myself for all my property because of a virus being in the database. I go ask Obama administration about the virus and my property but I get lock up for him taking my property for this same situation

Inclusion, Trial thought the virus was talking about more charges but at the end no petition timely filed for further discussion. Both lawyer filed No Representation on my behalf in the passage. Judge filed Warren and Trial Defense Attorney filed Strickland v Washington. Warren Court helped pass Sims message being a human. He talked highly on Sims for Sims v Reynold's to pass through, two. Both Lawyer proved No Representation to end this discussion entirety. (Private Act 2020)

RECEIVED

MAR - 6 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**Demetrius Davin Sims**
PLAINTIFF

140 49th Street SE #8
Address (No Post Office Boxes)

Washington DC, 20019
City / State / Zip Code

VS.

**Superior Court**
DEFENDANT

CIVIL ACTION NO. _____

Jury Trial: ☐ Yes ☐ No

Address (No Post Office Boxes)

City / State / Zip Code

## COMPLAINT

Judge complain I am not competent for to be complete hearsay charges. Not only I was born competent (Fair Play) (Fair Play) I was lock up twice to be "competent", as I proceed, I went to ask obama about the charges I have on me placed by him. I violated my stay away order for being a flight risk and competent charges applied. Now judge is saying I have to be competent in order to go to trial, Charges sould been resolved by properly passing my federal register though the court system to be cleared. (Fair Information) (2020 MHK 001766 Sims v Wilson)

Pate v Robinson
383 US 375, 378 (1966) order a competency hearing

the court must

Original Signature (in pen)
_[signature]_

Name (if applicable, Prisoner ID No.)

Address or Facility Address

City / State / Zip Code

Rev: 01/10/2023
*Use additional pages as needed